Patricia A. STRONG, et al., Appellants,

v.

Ronald QUIRK, et al., Respondents.

No. WD 42728.

Missouri Court of Appeals,
Western District.

Nov. 20, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 2, 1991.

Application for Transfer Sustained
Feb. 7, 1991.

Case Retransferred June 11, 1991.

Court of Appeals Opinion Readopted
June 14, 1991.

Ken Seck, Overland Park, Kan. and Leon B. Seck, Kansas City, for appellants.

Bill Randall Williams and Thomas B. Sullivan, III, Kansas City, for respondents.

Before GAITAN, P.J., and TURNAGE and KENNEDY, JJ.

ORDER

PER CURIAM.

Appellants, Patricia and Terry Strong, appeal the dismissal of their lawsuit against the respondents who are members of the Kansas City Missouri Police Department.

Judgment affirmed. Rule 84.16(b).